## Ernest Palmer, Director of Insurance, State of Illinois, as Liquidator of Builders and Manufacturers Casualty Company, Appellee, v. Glen A. Lloyd, Appellant.

### Gen. No. 41,198.

Heard in second division, first district, this court at April term, 1940; opinion filed November 28, 1941; rehearing denied December 16, 1941. Earl K. Schiek, for appellant; Howard E. De Long, for appellee; E. C. Frank Meier, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."